UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1061

UNITED STATES OF AMERICA )
)ORDER ALLOWING DISMISSAL OF
v. )CRIMINAL INFORMATION AND
)WITHDRAWAL OF ARREST WARRANT
PALOMA PEDRO TRUPPEL )

Leave of court is granted for the filing of the foregoing
dismissal.

23 July 2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE